UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

CASE NO. 3:19-CV 121

FILED
CHARLOTTE, NC

MAR 1 1 2019

US DISTRICT COURT
WESTERN DISTRICT OF NC

DAMON EMIL FIELDS

Plaintiff,

vs.

COMPLAINT

FMS ENTERPRISES

LINE LEAD MIKE

SUPERVISOR SHIFT 3rd)

Defendant(s).

## A. JURISDICTION

This action is brought pursuant to Title VII of the Civil Rights Act of 1964 as amended, for employment discrimination. Jurisdiction is specifically conferred on this Court by 42 U.S.C. Section 2000e(5). Equitable and other relief are also sought under 42 U.S.C. 2000e(5)(g). Jurisdiction is also based on 28 U.S.C. Sections 1331, 1343 and 42 U.S.C. Sections 1981 et seq. Where employment discrimination based upon age is alleged, jurisdiction is conferred by 29 U.S.C. Sections 626(c)(1) and 626(e) and appropriate relief is also sought.

## B. PARTIES

1. Name of Plaintiff: _DAMON EMIL FIELDS_
   Address: _1107 WESTGATE DR_
   _CHERRYVILLE NC_
   _28021_

2. Name of first Defendant: _FMS ENTERPRISES_
   Address: _2001 KAWAI RD_
   _LINCOLNTON NC_
   _28092_

3. Name of second Defendant: _LINE LEAD MILE_
   Address:

4. Name of third Defendant: _SHIFT LEAD 3RD / PLANT MANAGER_
   Address:

(Use additional sheets if necessary.)

## C. NATURE OF CASE

1. The address at which I sought employment or was employed by the defendant(s) is:

   _2001 KAWAI RD LINCOLNTON NC_
   _28092_

2. The discriminatory acts occurred on or about:

   _OCT 25th_ _____(Month, Day, Year)

Case 3:19-cv-00121-GCM    Document 1    Filed 03/11/19    Page 2 of 10

3. I filed charges with the Equal Employment Opportunity Commission regarding the defendant's discriminatory conduct on or about:

_DEC 7th 2018_ (Month, Day, Year)

4. The Equal Employment Opportunity Commission sent the attached "Notice of Right to Sue" which I received on:

_____(Month, Day, Year)

5. The discriminatory acts that are the basis of this suit are:
   a. _____ Failure to employ me.
   b. _____ Failure to promote me.
   c. _✓_ Termination of my employment.
   d. _____ Demotion.
   e. _✓_ Denied equal pay/work
   f. _____ Sexual harassment.
   g. _✓_ General harassment.
   h. _✓_ Other acts (Be specific: Attach an additional sheet if necessary)

   _RACE (WHITE) SEX (MALE)_
   _MEDICAL CONDITION(S) RELIGION (WITCHCRAFT)_
   _(BELIVER) (CHRISTIAN) WORKER COMPENSATION_
   _ASSACT WRONGLY TERMINATED._

6. Defendant's conduct is discriminatory with respect to:
   a. _✓_ my race
   b. _✓_ my color
   c. _✓_ my sex
   d. _✓_ my religion
   e. _____ my national origin
   f. _____ my age

7. I believe that the defendant is still committing these acts against me.

   YES _✓_          NO _✓_

## D. CAUSE OF ACTION

1. I allege that the defendant has discriminated against me and that the following facts from the basis for my allegations:

Count 1: A GIRL FEMALE WAS HIRED MY SAME DAY THE LINE OP WAS A BLACK MALE HIS FIRST CONVERSATION WITH FEMALE WAS ABOUT HAVING BABIES SHE WAS ALLOWED TO APPROACH AND TOLD DIRECTLY HOW TO OPERATE MACHINE PERSONALLY I HAD TO ASK THE SUPERVISOR WAS LGB MALE I TOLD HIM I WAS MARRIED HE CHANGED THE WAY HE HANDLED THING WITH CONVERSATION AND WORK DON'T ALLOW MY TOOLS OR BELT FEMALE GOT HERS FIRST GOT HEAD CONCUSSION AT WORK TURNED IN PAPERS WASN'T ALLOWED TO COME BACK TOLD LINE OP I PRACTICED VOODOO AND THEN HE PUT TAPE ON MY ARM AND YANKED IT OFF SAYING NOW HE HAS MY DNA AND WAS GOING TO PRACTICE VOODOO ON ME.

Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing any legal authority. Use additional sheets if necessary.)

TOLD LEE I WAS GOING AROUND PLANT ASKING FOR DNA OF WORKERS TO PRACTICE VOODOO ON THEM.

Count 2:

Supporting Facts:

WAS WRONGLY TERMINATED AS WELL HAD NOTES ON HOW TO RUN THE MACHINE AND WAS ABLE TOO.

## E. INJURY

How have you been injured by the actions of the defendant(s)?

EMOTIONAL DISTRESS / FINANCIAL HARDSHIP LOSS OF EMPLOYEMENT JOB SECURITY.

## F. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action? YES ___✓___  NO ___✓___

If your answer is "YES", describe each lawsuit. (If there are more than one lawsuits, describe additional lawsuits on additional separate pages, using the same outline.)

1. Parties to previous lawsuits:

Plaintiff(s): *DAMON EMIL FIELDS*

Defendant(s): *ADL / Express Employment / Von Drehle*

2. Name of court and case or docket number: _____

_____

3. Disposition (for example, was the case dismissed? Was it appealed? Is it still pending?)

*Settlement / ADS Express ( Von Drehle ) still Proceeding*

4. Issues raised:

*Discrimination Retaliation Harassment*

_____

5. When did you file the lawsuit? *May 2018 2019* (Date: Month/Year)

6. When was it (will it be) decided? _____

Have you previously sought informal or form relief from the appropriate administrative officials regarding the acts complained of in Part D?

YES ___✗___  NO ~~⊘~~

Case 3:19-cv-00121-GCM    Document 1    Filed 03/11/19    Page 5 of 10

If your answer is "YES" briefly describe how relief was sought and the results. If your answer is "NO" explain why administrative relief was not sought.

ASK to TALK to Employor

## G. REQUEST FOR RELIEF

I believe I am entitled to the following relief:

500,000.00 Dollars For LEANTH oF STAY AT JoB Before RETIRING AND AAON AND SAFFRING FINANCHAL AND EMOTIONAL PHYSICAL.

## JURY TRIAL REQUESTED

YES _____    NO _____

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C. §1621.

Executed at _WESTERN DISTRICT CHARLOTTE_ on _MARCH 03 — 2019_ .

(Location)                          (Date)

_____
Signature

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: **Damon E. Fields**<br>**1107 Westgate Dr.**<br>**Cherryville, NC 28021** | From: **Charlotte District Office**<br>**129 W. Trade Street**<br>**Suite 400**<br>**Charlotte, NC 28202** |

| | |
|---|---|
| ☐ | *On behalf of person(s) aggrieved whose identity is*<br>*CONFIDENTIAL (29 CFR §1601.7(a))* |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **430-2019-00220** | **Sherry L. Crank,**<br>**Investigator Support Asst** | **(704) 954-6458** |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒   The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐   Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_____
**Thomas M. Colclough,**
**Acting Director**

**DEC - 7 2018**

*(Date Mailed)*

Enclosures(s)

cc:   **Heather Ward**
**Controller**
**FMS ENTERPRISES**
**2001 Kawai Rd**
**Lincolnton, NC 28092**

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To:     Damon E. Fields
        1107 Westgate Dr.
        Cherryville, NC 28021

From:   Charlotte District Office
        129 W. Trade Street
        Suite 400
        Charlotte, NC 28202

|  | On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a)) |
|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 430-2019-00220 | Sherry L. Crank, Investigator Support Asst | (704) 954-6458 |

## THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ]   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X]   The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]   Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

On behalf of the Commission

_(signature)_

**Thomas M. Colclough,**
**Acting Director**

DEC - 7 2018

_(Date Mailed)_

Enclosures(s)

cc:     **Heather Ward**
        **Controller**
        **FMS ENTERPRISES**
        **2001 Kawai Rd**
        **Lincolnton, NC 28092**

**NOTICE OF RIGHTS UNDER THE ADA AMENDMENTS ACT OF 2008 (ADAAA):** The ADA was amended, effective January 1, 2009, to broaden the definitions of disability to make it easier for individuals to be covered under the ADA/ADAAA. A disability is still defined as (1) a physical or mental impairment that substantially limits one or more major life activities (actual disability); (2) a record of a substantially limiting impairment; or (3) being regarded as having a disability. *However, these terms are redefined, and it is easier to be covered under the new law.*

<u>**If you plan to retain an attorney to assist you with your ADA claim, we recommend that you share this information with your attorney and suggest that he or she consult the amended regulations and appendix, and other ADA related publications, available at http://www.eeoc.gov/laws/types/disability_regulations.cfm.**</u>

**"Actual" disability or a "record of" a disability (note: if you are pursuing a failure to accommodate claim you must meet the standards for either "actual" or "record of" a disability):**

➤ **The limitations from the impairment no longer have to be severe or significant** for the impairment to be considered substantially limiting.
➤ In addition to activities such as performing manual tasks, walking, seeing, hearing, speaking, breathing, learning, thinking, concentrating, reading, bending, and communicating (more examples at 29 C.F.R. § 1630.2(i)), **"major life activities" now include the operation of major bodily functions**, such as: functions of the immune system, special sense organs and skin; normal cell growth; and digestive, genitourinary, bowel, bladder, neurological, brain, respiratory, circulatory, cardiovascular, endocrine, hemic, lymphatic, musculoskeletal, and reproductive functions; or the operation of an individual organ within a body system.
➤ **Only one** major life activity need be substantially limited.
➤ With the exception of ordinary eyeglasses or contact lenses, **the beneficial effects of "mitigating measures"** (e.g., hearing aid, prosthesis, medication, therapy, behavioral modifications) **are not considered** in determining if the impairment substantially limits a major life activity.
➤ An impairment that is **"episodic"** (e.g., epilepsy, depression, multiple sclerosis) or **"in remission"** (e.g., cancer) is a disability if it **would be substantially limiting when active.**
➤ An impairment **may be substantially limiting even though** it lasts or is expected to last **fewer than six months.**

**"Regarded as" coverage:**
➤ An individual can meet the definition of disability if an **employment action was taken because of an actual or perceived impairment** (e.g., refusal to hire, demotion, placement on involuntary leave, termination, exclusion for failure to meet a qualification standard, harassment, or denial of any other term, condition, or privilege of employment).
➤ "Regarded as" coverage under the ADAAA no longer requires that an impairment be substantially limiting, or that the employer perceives the impairment to be substantially limiting.
➤ The employer has a defense against a "regarded as" claim only when the impairment at issue is objectively *BOTH* transitory (lasting or expected to last six months or less) *AND* minor.
➤ A person is not able to bring a failure to accommodate claim *if* the individual is covered only under the "regarded as" definition of "disability."

*Note: Although the amended ADA states that the definition of disability "shall be construed broadly" and "should not demand extensive analysis," some courts require specificity in the complaint explaining how an impairment substantially limits a major life activity or what facts indicate the challenged employment action was because of the impairment. Beyond the initial pleading stage, some courts will require specific evidence to establish disability.* For more information, consult the amended regulations and appendix, as well as explanatory publications, available at http://www.eeoc.gov/laws/types/disability_regulations.cfm.



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## Charlotte District Office

129 West Trade Street, Suite 400
Charlotte, NC 28202
Intake Information Group: 800-669-4000
Intake Information Group TTY: 800-669-6820
Direct Dial: (704) 344-6686
TTY (704) 344-6684
FAX (704) 954-6410
Website: www.eeoc.gov

Damon E. Fields
1107 Westgate Dr.
Cherryville, NC 28021

**DEC - 7 2018**

Re: Fields versus FMS ENTERPRISES
     EEOC Charge No.: 430-2019-00220

Dear Mr. Fields:

The processing of your charge of employment discrimination in the above referenced matter has been completed. The Equal Employment Opportunity Commission (EEOC) is dismissing your charge and is issuing to you a Notice of Right to Sue.

You allege that you had been discriminated against on the basis of your race (White), sex (Male), and medical condition(s). However, the evidence obtained by the Commission does not support that you were discriminated against as alleged.

In view of these facts, it is unlikely further investigation of your charge will result in a finding that a violation of the law(s) under which you filed your charge has occurred. For that reason, we have dismissed your charge and closed your file.

Enclosed you will find a Dismissal Notice of Right to Sue and an Information Sheet which describes your right to pursue the matter in court by filing a lawsuit within 90 days of your receipt of the dismissal notice. This 90-day period for filing a private lawsuit cannot be waived, extended or restored by EEOC.

I regret that we cannot be of further assistance to you in this matter.

Sincerely,

*Sherry Crank*

Sherry Crank
Investigator Support Assistant
(704) 344-6682

Enclosures