IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:19-cv-121-GCM

| | |
|---|---|
| DAMON EMIL FIELDS,<br><br>      Plaintiff,<br><br>v.<br><br>FMS ENTERPRISES,<br><br>      Defendant. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Thomas H. Keim, Jr.,** filed May 17, 2019 (Doc. No. 8).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1(B), Mr. Keim is admitted to appear before this court *pro hac vice* on behalf of Defendant, FMS Enterprises.

**IT IS SO ORDERED.**

Signed: May 20, 2019

Graham C. Mullen
United States District Judge